IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD ANTHONY FRANKS,
       Petitioner,

                                            Judge: Laurie J. Michelson

v.                                          Case No.: 2:22-CR-20289

UNITED STATES OF AMERICA,
       Respondent.
_____/

FILED
JAN 04 2024
CLERK'S OFFICE
DETROIT

## MOTION TO COMPEL DISCOVERY

## PURSUANT TO FED. R. 6(A)

COMES NOW, Richard Anthony Franks, pro se, presenting this Motion to Compel Discovery. In support of this motion, Petitioner states the following:

### Facts of the Motion

Petitioner asserts that he presents a meritorious Fourth Amendment claim in the present 28 U.S.C. §.2255 and that there is a particularized need to compel the production of the sentencing memorandum to help Petitioner construct a clearer ineffective assistance of counsel issue on his Fourth Amendment violation issue in his 28 U.S.C. § 2255 motion.

### Legal Authority to Grant Discovery

A judge may, for good cause, authorize a party to conduct discovery under Federal Rule 6(a), when a request by a petitioner has established that the material documents would help him. See, Pizzuti v. United States, 809 F. Supp. 2d 164 (2nd Cir. 2011)("A court may provide discovery, when a petitioner shows discovery demonstrates that he's entitled to relief").

Petitioner contends that the sentencing memorandum will show a meritorious ineffective assistance of counsel issue, as attorney Frederick N. Blanchard's own ommission concerning the search warrant will support Petitioner's ineffective

(1)

assistance of counsel issue.

## RELIEF REQUESTED

Petitioner requests that this Honorable Court issue an order, requiring that the government or attorney Frederick N. Blanchard provide Petitioner with a copy of the sentencing memorandum.

Date: 12-16-23

Respectfully Submitted,

Richard Anthony Franks
#97824-509
FCI Milan
P.O. Box 1000
Milan, MI 48160

## VERIFICATION

I, Richard Anthony Franks, verify that the foregoing statements made within this document are true, correct and complete to the best of my knowledge and belief pursuant to the penalty of perjury.

Date: 12-16-23

Richard Anthony Franks

## CERTIFICATE OF SERVICE

I, Richard Anthony Franks, certify that the __16__ day of December, 2023 that I mailed a true and correct copy of the foregoing document through the Milan Prison Mail System postage pre-paid to the opposing party herein:

Myra F. Din (USAO)
211 West Fort Street
#2001
Detroit, MI 48226

Richard Anthony Franks

Date:

Dear Clerk,

Please find enclosed for filing a Petition for 28 U.S.C. 2255, Memorandum brief in support of 28 U.S.C. 2255, Affidavit, and Motion Requesting Discovery.

Sincerely Yours

_Richard F____

## AFFIDAVIT OF: RICHARD ANTHONY FRANKS

STATE OF: MICHIGAN

COUNTY OF: WASHTENAW

CITY OF: MILAN

Petitioner asserts that he initially hired attorney Randall Upshaw to represent him in this initial proceeding, but discontinued his representation due to attorney Randall Upshaw failure to file a motion to suppress evidence due to the affidavit not supporting probable cause to issue a search warrant.

Petitioner then retained attorney Frederick N. Blanchard to represent him on the matter, and discussed advancing a motion to suppress on the basis that the affidavit lacked probable cause to issue the warrant, which in turn attorney Frederick N. Blanchard assured Petitioner he would include the issue in his sentencing memorandum to get some clarification on the issue.

Petitioner contends after doing some research on the matter that he learned attorney Frederick N. Blanchard was required to file a motion to suppress evidence before entering a plea. Petitioner asserts that if he had known the motion to suppress was required to be filed before a plea, he would have chosen to go to trial, as he had a meritorious Fourth Amendment violation issue.

### VERIFICATION

I, Richard Anthony Franks, verify that the foregoing statements made within this affidavit are true, correct, and complete to the best of my knowledge and belief pursuant to the penalty of perjury (28 U.S.C. § 1746).

Respectfully Submitted,

Date: 12-16-23

Richard Anthony Franks
#97824-509
FCI Milan
P.O. Box 1000
Milan, MI 48160

Richard Anthony Franks #97824509
Federal Correction Institution
P.O. Box 1000
Milan, Michigan 48160

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd
Detroit, Michigan 48226